ORIGINAL

CASEY L. HACKER
P.O. Box 194
Pattaya Post Office
Pattaya City, Chonburi
Thailand 20260
Telephone: 011-66-924-781-898
Email: phathom4nokliea@gmail.com

Plaintiff – *In Propria Persona*



FILED

AUG 05 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY L. HACKER, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL R. HACKER, an individual,<br>and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:15-CV-00621-TLN-AC PS<br><br>**PLAINTIFF'S RESPONSE TO**<br>**ORDER TO SHOW CAUSE** |

　　　　Plaintiff, Casey L. Hacker, *pro se*, hereby responds to this Court's Order to Show Cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

　　　　On June 11, 2015, Defendant, Michael R. Hacker, filed a motion to dismiss Plaintiff's complaint for lack of federal question jurisdiction. After reviewing the motion, Plaintiff believed it would be better to file and serve an amended complaint adding a cause of action for wire fraud and eliminating any potential jurisdictional problems, rather than litigating the motion and taking up the Court's time and resources. Basically, Plaintiff's First Amended Complaint renders Defendant's motion to dismiss complaint moot. Plaintiff has requested written consent for the filing of Plaintiff's First Amended Complaint from opposing counsel pursuant to Federal Rule of Civil Procedure 15(a)(2) and is waiting for opposing counsel to either agree or disagree. If opposing

- 1 -

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

1 | counsel disagrees and chooses not to provide written consent, Plaintiff will file a motion forthwith
2 | seeking leave of court for the filing of the First Amended Complaint.
3 |     In the future, Plaintiff will timely respond to all papers filed by opposing counsel and any
4 | Orders from this Court. Plaintiff apologizes for any misunderstandings with the rules and/or
5 | procedures.
6 |     Based on the foregoing, Plaintiff respectfully requests this Court not to dismiss this case
7 | for failure to prosecute.
8 | Respectfully submitted,                            Dated: July 31, 2015

10 | _____
    CASEY L. HACKER
11 | Plaintiff – In Propria Persona

Case 2:15-cv-00621-TLN-AC   Document 9   Filed 08/05/15   Page 3 of 3

**PROOF OF SERVICE**

I, Casey L. Hacker, declare that I am a citizen of the United States and over the age of 18 years. I am the *pro se* Plaintiff named in the above entitled action. My mailing address is P.O. Box 194, Pattaya Post Office, Pattaya City, Chonburi, Thailand 20260.

On July 31, 2015, I served the within

1. **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

on Defendant Michael R. Hacker in this action via email to Defendant's Attorney of Record, James B. Betts, as follows:

__X__   Via Email at br@bettsrubinlaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 31, 2015.

_____
CASEY L. HACKER
Plaintiff - Pro se

PROOF OF SERVICE